IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright III, John D | Case Number: 05 B 06267 |
| Wright, Carolyn A | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 2/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 19, 2008
Confirmed: May 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,050.00 | |
| Secured: | | 29,845.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,494.00 |
| Trustee Fee: | | 1,710.62 |
| Other Funds: | | 0.00 |
| Totals: | 33,050.00 | 33,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,494.00 | 1,494.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 15,442.99 | 13,862.92 |
| 4. | RMI | Secured | 820.06 | 741.28 |
| 5. | Chrysler Financial Services Americas LLC | Secured | 16,922.14 | 15,241.18 |
| 6. | Resurgence Financial LLC | Unsecured | 5,053.72 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,187.91 | 0.00 |
| 8. | Chrysler Financial Services Americas LLC | Unsecured | 2,532.96 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,026.19 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 861.39 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 336.92 | 0.00 |
| 12. | Txcollect, Inc Dba Ct | Unsecured | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 15. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 16. | Holiday Network | Unsecured | | No Claim Filed |
| 17. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 18. | RMI | Unsecured | | No Claim Filed |
| 19. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| | | | $ 45,678.28 | $ 31,339.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wright III, John D | Case Number: 05 B 06267 |
|---|---|---|
| | Wright, Carolyn A | Judge: Squires, John H |
| | Printed: 01/06/09 | Filed: 2/23/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 99.00 |
| 5.5% | 467.52 |
| 5% | 127.50 |
| 4.8% | 244.80 |
| 5.4% | 550.78 |
| 6.5% | 221.02 |
| | $ 1,710.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

